UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KENNETH WALKER,<br><br>                  Plaintiff,<br><br>-against-<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a "AMTRAK",<br><br>                  Defendant. | 23-CV-6394 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including ECF No. 18.

    No later than **September 10, 2024** (one week after the close of expert discovery), counsel for all parties must file a joint letter setting forth a proposed briefing schedule for any dispositive motions and motions to exclude testimony of experts pursuant to Federal Rules of Evidence 702–705 and the *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) line of cases.

    The next case management conference is scheduled for **September 18, 2024** at 11:00 a.m. in Courtroom 11B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

    All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke.

Dated: April 19, 2024
       New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*
                                          JESSICA G. L. CLARKE
                                          United States District Judge